**TELLEKAMP v. GUILFORD COUNTY**

[346 N.C. 172 (1997)]

MICHAEL PAGE TELLEKAMP v. GUILFORD COUNTY, NORTH CAROLINA; WALTER A. BURCH, IN HIS OFFICIAL CAPACITY AND IN HIS INDIVIDUAL CAPACITY, JOHN SHORE, IN HIS OFFICIAL CAPACITY AND IN HIS INDIVIDUAL CAPACITY

No. 387PA96

(Filed 9 May 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 and on writ of certiorari pursuant to N.C.G.S. § 7A-32(b) and N.C. R. App. P. 21(a)(2) of a unanimous decision of the Court of Appeals, 123 N.C. App. 360, 473 S.E.2d 695 (1996), dismissing plaintiff's appeal from order entered 7 July 1994 and defendants' appeal from order entered 27 October 1995 by Allen (W. Steven, Sr.), J., in Superior Court, Guilford County. This Court allowed defendants' petition for discretionary review and petition for writ of certiorari on 7 November 1996. Heard in the Supreme Court 16 April 1997.

*J. Michael McGuinness for plaintiff-appellee.*

*Guilford County Attorney's Office, by Jonathan V. Maxwell, County Attorney, and J. Edwin Pons, Deputy County Attorney, for defendant-appellants.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED; CERTIORARI IMPROVIDENTLY ALLOWED.